# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Noah Lamark Grady-Shelton, | ) | Case No. 1:22-cr-094 |
| | ) | |
| Defendant. | ) | |

The undersigned shall hold a status conference with Defendant on June 10, 2024, at 10:30 AM in Bismarck courtroom #2 to discuss, among other things, his performance while on release.

**IT IS SO ORDERED.**

Dated this 16th day of May, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court